Brian Kent HOOK, Appellant,

v.

Jeannette M. LOHNMAN, Director of Revenue, Respondent.

No. WD 50022.

Missouri Court of Appeals,
Western District.

Aug. 29, 1995.

Patrick J. Eng, Columbia, for appellant.

Charles Gooch, Jefferson City, for respondent.

Before HANNA, P.J., and BERREY and SPINDEN, JJ.

## ORDER

PER CURIAM.

Appeal from the judgment of the circuit court affirming the revocation of appellant's driving privileges pursuant to § 302.505, RSMo 1994.

Affirmed. Rule 84.16(b).

Charles O. ECHOLS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 50130.

Missouri Court of Appeals,
Western District.

Aug. 29, 1995.

Rosemary Percival, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before HANNA, P.J., and BERREY and SPINDEN, JJ.

## ORDER

PER CURIAM.

Appeal from the denial of a Rule 24.035 motion without an evidentiary hearing. Judgment affirmed. Rule 84.16(b).